Case Nos. 23-2081, 23-2302, 23-2377

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC,**

Petitioner - Cross-Respondent

v.

**NATIONAL LABOR RELATIONS BOARD,**

Respondent - Cross-Petitioner

v.

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS**,

Petitioner-Intervenor

ON PETITION FOR REVIEW AND CROSS-APPLICATION FOR
ENFORCEMENT OF DECISION OF THE NLRB

**JOINT MOTION FOR CLARIFICATION
OF ORDER SETTING ORAL ARGUMENT**

| | |
|---|---|
| **LITTLER MENDELSON, P.C.**<br>Maurice Baskin, Esq.<br>815 Connecticut Ave., N.W.<br>Washington, DC 20006<br><br>John Harper III<br>1301 McKinney St., Suite 1900<br>Houston, Texas 77010 | **WEINBERG, ROGER & ROSENFELD**<br>David A. Rosenfeld<br>Caren P. Sencer<br>Matthew J. Erle<br>1375 55th St.<br>Emeryville, CA 94608<br>*Attorneys for International Brotherhood of Teamsters* |
| **JACKSON LEWIS, P.C.**<br>Ross M. Gardner<br>Alan M. Bayless Feldman<br>10050 Regency Circle, Suite 400<br>Omaha, Nebraska 68114<br><br>*Attorneys for CEMEX Construction Materials Pacific, LLC* | **NATIONAL LABOR RELATIONS BOARD**<br>Ruth E. Burdick<br>Kira Dellinger Vol<br>Eric Weitz<br>1015 Half St. SE<br>Washington, DC 20570<br>*Attorneys for National Labor Relations Board* |

CEMEX Construction Materials Pacific, LLC ("CEMEX"), the International Brotherhood of Teamsters ("IBT"), and the National Labor Relations Board ("NLRB") jointly move for clarification of this Court's August 21, 2024 Order setting this appeal for oral argument on October 21, 2024, at 9:30 a.m. in San Francisco. [Dkt. Entry 91.]

The Court's Order states that each side has twenty (20) minutes of argument time. In this case, there are *three* sides—both CEMEX and IBT petitioned for review from the NLRB's August 25, 2023 decision, and the NLRB petitioned for enforcement of its decision. On October 25, 2023, this Court consolidated all three appeals [Dkt. Entry 19], and briefing proceeded as follows:

| | |
|---|---|
| CEMEX's Opening Br. | February 2, 2024 |
| IBT's Opening Br. | February 2, 2024 |
| NLRB's Answering Br. | April 22, 2024 |
| IBT's Intervenor Brief | April 29, 2024 |
| IBT's Reply Br. | May 20, 2024 |
| CEMEX's Reply Br. | May 20, 2024 |

Counsel for the parties conferred and agreed to seek clarification from this Court that each party (CEMEX, IBT, and the NLRB) has 20 minutes of argument time, for a total of 60 minutes. The parties also agreed to propose to this Court that, assuming each of them does have 20 minutes of argument time, the oral argument proceed as follows:

1

| | |
|---|---|
| CEMEX | 20 minutes, with the right to ask the Court to reserve some time for rebuttal |
| IBT | 20 minutes, with the right to ask the Court to reserve some time for rebuttal |
| NLRB | 20 minutes |
| IBT | Rebuttal time |
| CEMEX | Rebuttal time |

Accordingly, the parties respectfully request that the Court issue an order (i) confirming that the parties' proposed sequence and allocation of time for oral argument is acceptable, or (ii) clarifying what the Court will permit by way of a sequence and allocation of time for oral argument.

Respectfully submitted,

/s/Maurice Baskin
Maurice Baskin
mbaskin@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Ave., N.W., Suite 400
Washington, DC 20006
Telephone: 202.842.3400
Facsimile: 202.842.0011

John Harper III
ajharper@littler.com
LITTLER MENDELSON, P.C.
1301 McKinney St., Suite 1900
Houston, Texas 77010
Telephone: 713.951.9400

Ross M. Gardner
Alan M. Bayless Feldman
Ross.gardner@jacksonlewis.com
Alan.feldman@jacksonlewis.com
JACKSON LEWIS, P.C.

2

10050 Regency Circle, Suite 400
Omaha, Nebraska 68114
Telephone: 402.391.1991
Facsimile: 402.391.7363

*Attorneys for CEMEX Construction Materials Pacific, LLC*

/s/ David A. Rosenfeld
David A. Rosenfeld
Caren P. Sencer
Matthew J. Erle
WEINBERG, ROGER & ROSENFELD
1375 55th St.
Emeryville, CA 94608
Telephone: (510) 337-1001
Facsimile: (510) 337-1023

*Attorneys for International Brotherhood of Teamsters*

/s/ Eric Weitz
Ruth Burdick
Kira Dellinger Vol
Eric Weitz
National Labor Relations Board
1015 Half St. SE
Washington, DC 20570
Telephone: (202) 273-0656
Facsimile: (202) 273-3757

*Attorneys for National Labor Relations Board*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court of the U.S. Court of Appeals for the Ninth Circuit by using the appellate ACMS system on September 11, 2024. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

Dated this 11th day of September, 2024.

<em>/s/Maurice Baskin</em>