

1375 55th Street
Emeryville, California 94608
TELEPHONE: (510) 337-1001
FACSIMILE: (510) 337-1023
Matthew J. Erle
merle@unioncounsel.net

STEWART WEINBERG
DAVID A. ROSENFELD
WILLIAM A. SOKOL
LINDA BALDWIN JONES
ALAN G. CROWLEY
KRISTINA L. HILLMAN♣
BRUCE A. HARLAND
CAREN P. SENCER
ANNE I. YEN
JANNAH V. MANANSALA
MANUEL A. BOÍGUES
KERIANNE R. STEELE♣
GARY P. PROVENCHER
EZEKIEL D. CARDER▶
LISL R. SOTO
JOLENE KRAMER
CAITLIN E. GRAY
TIFFANY L. CRAIN♣
DAVID W.M. FUJIMOTO
ANDREA C. MATSUOKA
ALEXANDER S. NAZAROV
SEAN W. McDONALD◀
KATHARINE R. McDONAGH
MAXIMILLIAN D. CASILLAS▲

WILLIAM T. HANLEY
BISMA SHAHBAZ
MATTHEW J. ERLE
MICHAELA F. POSNER
ALEXANDER M. MILNE
ZACHARY D. ANGULO
JOSEPH T. ADAMIAK♣
HUGO GARCIA
WINNIE VIEN
AILYN GONZALEZ
SARA J. ZOLLNER
NOREY L. NAVARRO♣
R. MAXWELL SINCLAIR
MIRANDA MAMMEN
ARDALAN "ARDY" RAGHIAN
SHANE M. REED
DOMINIQUE ARMSTRONG
MATTHEW C. FERNANDES
JONATHAN S. EZELL
MAX KOHN

**OF COUNSEL**
ROBERTA D. PERKINS
ROBERT E. SZYKOWNY
ANDREA K. DON
ANTONIO RUIZ
MICHAEL J. HAYES▼
ASHLEY K. IKEDA●

**LABOR EDUCATOR**
NINA FENDEL (Retired Attorney)

Admitted in California, unless otherwise noted
● Admitted in Hawaii
♣ Also admitted in Nevada
▶ Also admitted in New York and Alaska
◀ Admitted in Nevada and Washington
▲ Also admitted in Idaho
♣ Also admitted in New York
▼ Admitted in New York

January 22, 2025

**VIA ELECTRONIC FILING**

Molly C. Dwyer, Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**Re: CEMEX Construction Materials Pacific, LLC v. NLRB
Case Nos. 23-2801, 23-2302, 23-2377
28(j) Notice of Supplemental Authority**

Dear Ms. Dwyer:

Petitioner International Brotherhood of Teamsters ("Union") writes to alert the Court of its own recent decision in *Macy's Inc. v. NLRB,* No. 23-124 (January 21, 2025). This Court had withdrawn submission of the instant case pending issuance of mandate in *Macy's Inc. v. National Labor Relations Board*. Dkt. No. 102.1.

Sincerely,

*/s/ Matthew J. Erle*
Matthew J. Erle

MJE:hmw
opeiu 29 afl-cio(1)

cc: All counsel of record via ECF

LOS ANGELES OFFICE
800 Wilshire Boulevard, Suite 1020
Los Angeles, CA 90017-2623
TEL 213.380.2344 FAX 213.443.5098

SACRAMENTO OFFICE
431 I Street, Suite 201
Sacramento, CA 95814-2341
TEL 916.443.6600 FAX 916.442.0244

LAS VEGAS OFFICE
3199 E. Warm Springs Road, Suite 400
Las Vegas, NV 89120-3150
TEL 702.508.9282 FAX 510.337.1023

157072\1536563