

UNITED STATES GOVERNMENT
**NATIONAL LABOR RELATIONS BOARD**

Appellate and Supreme Court Litigation Branch
Washington, D.C. 20570

February 21, 2025

**VIA CM/ECF**

Molly C. Dwyer
Clerk of Court, U.S. Court of Appeals
 for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

Re:   *Cemex Construction Materials Pacific, LLC v. NLRB*,
        9th Cir. Nos. 23-2081, 23-2302, 23-2377
        Oral argument held October 21, 2024

Dear Ms. Dwyer:

   The Board respectfully notifies the Court that it no longer presses the argument in its brief regarding the constitutionality of the removal protections for Board administrative law judges.  (Board-Br.17.)  That said, the Board continues to maintain its position that the challenges to those statutory removal protections are not properly before the Court under Section 10(e) of the Act.  (Board-Br.15-16.)  The Board also maintains that even if those issues were properly before the Court, they would nonetheless fail because Cemex has not met the causal-harm requirement for such claims.  (Board-Br.16.)

                                             Very truly yours,

                                             /s/ Ruth E. Burdick
                                             Ruth E. Burdick
                                             Deputy Associate General Counsel
                                             National Labor Relations Board
                                             1015 Half Street, SE
                                             Washington, DC 20570

cc:  all counsel (via CM/ECF)