# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC<br>         Petitioner/Cross-Respondent<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br>         Petitioner<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD<br>         Respondent/Cross-Petitioner<br><br>and<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br>         Intervenor | Case Nos.<br>23-2081<br>23-2302<br>23-2377 |

**REPLY IN SUPPORT OF**
**MOTION TO RESUBMIT AND RESUME PROCESSING CASE**
**ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD**

To the Honorable, the Judges of the United States
 Court of Appeals for the Ninth Circuit:

      As explained in the Board's November 19 motion, and as Cemex does not dispute in its November 25 opposition, the present case involves time-sensitive representation issues and myriad violations of federal law affecting hundreds of employees. The Board's Order requires Cemex to commence bargaining with the representative duly chosen by a majority of the employees nearly seven years ago. The public policies of the Act strongly favor resolving this matter expeditiously

rather than waiting months or years for possible Supreme Court guidance on a remedial issue that affects only one employee out of the hundreds of employees in the bargaining unit. Accordingly, the Court should either resume processing the case in its entirety, as other panels of this Court have done, or should, at a minimum, sever the *Thryv* issue for further consideration pending resolution of the petition for certiorari in *Macy's*. *See, e.g.*, Order, *Grill Concepts Servs., Inc. v. NLRB*, No. 16-1238 (D.C. Cir. Mar. 30, 2017), ECF No. 1668598 (severing issue following grant of certiorari). While principles of judicial economy would normally dictate against a bifurcated opinion (Opp. ¶ 6), those principles are easily outweighed by the substantive public interest in avoiding further delay as to the remainder of the case—particularly where later resolution of the severed issue would not require a reexamination of the factual record.

    WHEREFORE, the Board maintains that the Court should resume processing this case in its entirety, or, in the alternative, sever the *Thryv* issue for resolution at a later date and resume processing the non-*Thryv* aspects of the case.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570
(202) 273-2960

Dated at Washington, D.C.,
this 5th day of December, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC )  <br>                            Petitioner/Cross-Respondent ) <br>v.                                                 )  <br>                                                   )  <br>NATIONAL LABOR RELATIONS BOARD    )  <br>                            Respondent/Cross-Petitioner  )  <br>          and                                            )  <br>                                                   )  <br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS  )  <br>                                Intervenor                    )  | Nos.  23-2303<br>        23-2377 |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS  )  <br>                                  Petitioner                      )  <br>v.                                                     )  <br>NATIONAL LABOR RELATIONS BOARD  )  <br>                                  Respondent                    )  | No.   23-2081 |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that its reply contains 258 words of proportionally spaced, 14-point type, and that the word-processing system used was Microsoft Word 365.

                                                       Respectfully submitted,

                                                       /s/ Ruth E. Burdick  
                                                       Ruth E. Burdick  
                                                       Deputy Associate General Counsel  
                                                       National Labor Relations Board  
                                                       1015 Half Street, S.E.  

Dated at Washington, D.C.            Washington, D.C. 20570  
 this 5th day of December, 2025   (202) 273-2960

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC | ) | |
|     Petitioner/Cross-Respondent | ) Nos. | 23-2303 |
| v. | ) | 23-2377 |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |
| and | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
|     Intervenor | ) | |

-----------------------------------------------------------------------------

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
|     Petitioner | ) No. | 23-2081 |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing document with the Clerk for the U.S. Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that the document will be served via ACMS on all parties or their counsel of record.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570
(202) 273-2960

Dated at Washington, D.C.
this 5th day of December, 2025